**No. 61583.**—S. H. Pomerance Co., Inc. *v.* United States, protest 304079–K (New York).

Opinion by OLIVER, C. J.. In accordance with stipulation of counsel that the merchandise consists of table lighters similar in all material respects to those the subject of Abstract 59275, the claim of the plaintiff was sustained.

**No. 61584.**—Empire Findings Co., Inc. *v.* United States, protest 308288–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61585.**—Louis Santana and Rietmann Pilcer Co. *v.* United States, protests 166050–K, etc. (New York).

Opinion by OLIVER, C. J. The protests were dismissed.